Emma F. Laturen, Appellant, *v.* Bolton Drug Company, Limited, Respondent.

*Laturen* v. *Bolton Drug Co.*, 112 App. Div. 921, affirmed.
(Argued March 14, 1907; decided April 2, 1907.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence in filling a prescription.

*James Taylor Lewis* and *Edmund Fletcher Driggs* for appellant.

*Edwin A. Jones* and *Charles C. Nadal* for respondent.

Judgment affirmed, with costs, on the sole ground that the plaintiff did not show that her injuries were the result of defendant's mistake in changing the prescription; no opinion.

Concur: GRAY, WERNER, HISCOCK and CHASE, JJ. Dissenting: CULLEN, Ch. J., VANN and WILLARD BARTLETT, JJ.